**Amanda Powell McCOY,**
**Plaintiff–Appellant,**

v.

**2 GEORGES, INC., d/b/a On Tap Sports Café, et al., Defendant–Appellees.**

No. 06–10654.

United States Court of Appeals,
Eleventh Circuit.

Dec. 12, 2006.

Rocco Calamusa, Jr., Wiggins, Childs, Quinn & Pantazis, LLC, Birmingham, AL, for Plaintiff–Appellant.

---

Heather Newsom Leonard, Heather Leonard, P.C., Birmingham, AL, for Defendant–Appellees.

Before BLACK and HULL, Circuit Judges, and RYSKAMP,* District Judge.

PER CURIAM:

The Plaintiff appeals the district court's grant of summary judgment to Defendants on her claims for sexual harassment and retaliation. After oral argument and a thorough review of the record, we affirm based upon the well-reasoned opinion of the district court.

**AFFIRMED.**